1  Your Name:    Dorin Huma
2  Address:      3355 Pennsylvania Ave #28, Fremont CA 94536
3  Phone Number: 510-229-0381
4  Fax Number:   510-894-1903
5  E-mail Address: dorin@avideoelectronics.com
6  Pro Se Plaintiff

United States District Court

Northern District of California

| | |
|---|---|
| Dorin Huma | Case No.: 14-03173 MEJ |
| Plaintiff, | |
| vs | **PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL** |
| LORI SCIALABBA, Director, USCIS; | |
| ROBIN BARRETT, Field Office Director, USCIS San Francisco District Office; | |
| JOHN KRAMAR, Acting District Director, USCIS San Francisco District Office; | DATED: 8/28/2014 |
| JEH JOHNSON, Secretary, DHS; | |
| ERIC H. HOLDER, Jr., U.S Attorney General; | |
| JAMES B. COMEY, Director of FBI; | |
| Defendants | |



GRANTED
Judge Maria-Elena James

a. I, Dorin Huma, as plaintiff, am filling this voluntary motion for dismissal by the court of this case, in the light of the fact that the defendants, USCIS, have issued, on August 22nd 2014, a decision on my N-336 application, Receipt number NBC1490002811, for Alien number A079592333.

b. A copy of the decision was sent to me on August 25th 2014, via email, by the US Attorney's Office. ( Attachment 1)

PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL
PAGE 1 OF 2

LIST OF ATTACHMENTS

1. August 22, 2015 N-336 Hearing Decision, A079592333

Respectfully submitted,

Date:   August 27th 2014                Sign Name: _____

Print Name: Dorin Huma

Plaintiff

U.S. Department of Homeland Security
630 Sansome Street, Citizenship Branch
San Francisco, CA 94111



**U.S. Citizenship and Immigration Services**

AUG 2 2 2014

Dorin Huma
3355 Pennsylvania Avenue
Apartment #28
Fremont, CA 94536

Refer to File Number:
A079592333

### N-336 HEARING DECISION

On October 10, 2013, you filed Form N-336, Request for Hearing on a Decision for Naturalization Proceedings, as set forth by Title 8, Code of Federal Regulations (8 CFR), Section 336. On September 20, 2013, you were found ineligible for naturalization under Section 316 of the Immigration and Nationality Act (the Act) because you were not found to be a person of good moral character, as required under Section 316(a)(3) of the Act.

On December 11, 2013, you appeared for a Review Hearing. It is determined that you have sufficiently overcome the reasons for the denial of your application for naturalization, and your application is now GRANTED. You will become a citizen upon taking the Oath of Allegiance to the United States, and you will receive an appointment notice by mail scheduling you for the oath-taking ceremony.

ORDER:   It is hereby ordered that your application for naturalization be granted and that you be scheduled for an oath-taking ceremony.

Sincerely,

Robin Barrett
Field Office Director

cc: Anna Benvenue, Esq.

USCIS: SFRFO: JRUCIENSKI: 08212014